UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN K. ESCOBAR,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF INGLEWOOD,<br><br>Respondent. | No. 2: 19-cv-0366 TLN KJN P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In the petition, petitioner appears to challenge the legality of his sentence.

Petitioner is incarcerated at the R.J. Donovan Correctional Facility, which is in San Diego County. Petitioner was convicted in Inglewood, California, which is in Los Angeles County. Therefore, both the United States District Court for the Southern District of California and the United States District Court for the Central District of California have jurisdiction. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973).

On March 29, 2019, petitioner filed a motion for an award of presentence custody credits and conduct credits. (ECF No. 6.) A habeas corpus petition seeking an award of presentence credits challenges the execution of the sentence. See United States v. Giddings, 740 F.2d 770, 772 (9th Cir. 1984). The proper forum to challenge the execution of a sentence is the district

1

where the prisoner is confined.  Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

Because jurisdiction is proper in the Southern District for challenges to the legality of petitioner's sentence and the execution of his sentence, the undersigned orders this action transferred to the United States District Court for the Southern District of California.

Good cause appearing, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Southern District of California.

Dated:  May 14, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Esco366.tra